```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| 1510 CHESTNUT PARTNERS LP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WESCO INSURANCE COMPANY et al. | : | NO. 23-2698 |
| | : | |

<u>ORDER</u>

AND NOW, this 21st day of September 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant AmTrust North America, Inc. to dismiss the complaint as to it for failure to state a claim (Doc. #12) is GRANTED.

                                                  BY THE COURT:

                                              <u>/s/   Harvey Bartle III</u>
                                                                                 J.